IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| RAYMOND A. POSANTE, | ) ) ) | Case No. 4:10-cv-00055 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| LIFEPOINT HOSPITALS, INC., and DANVILLE REGIONAL MEDICAL CENTER, LLC, | ) ) ) ) | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | ) ) ) | |

Before me is Defendants' Motion for Summary Judgment, which was filed with the Court on July 18, 2011. Plaintiff filed a Memorandum in Opposition on August 1, 2011, followed by Defendants' Reply on August 8, 2011. On August 16, 2011, I heard impassioned oral argument from both sides outlining their respective positions on the law, the facts, and the nature and extent of the record. Having thoroughly reviewed the briefs, the record, and the arguments of counsel, the matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, I will **GRANT** the Motion for Summary Judgment as to both Defendants on all counts.

The clerk is directed to send a copy of this Order and the accompanying Opinion to all counsel of record, and is instructed to remove this case from the docket of this Court.

Entered the 23rd day of August, 2011.

s/Jackson L. Kiser
Senior United States District Judge